**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| BRITTANY SADE BRINSON, | ) | |
| | ) | CIVIL ACTION FILE NO: |
| Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | |
| | ) | (Removed from the Superior |
| FUTURE FORWARDING | ) | Court of Fulton County) |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO:   The Judges of the United States District Court, Northern District of Georgia, Atlanta Division.

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Future Forwarding Company, by and through its undersigned counsel, hereby file this Notice of Removal, removing this action from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  Removal is premised on the following grounds:

1

## STATEMENT OF FACTS

1.

On October 6, 2023, Plaintiff Brittany Sade Brinson ("Plaintiff") filed a Complaint for Damages (the "Complaint") against Future Forwarding Company ("Defendant" or "FFC") in the Superior Court of Fulton County, Georgia, Civil Action File No. 2023CV386782.

2.

On October 6, 2023, FFC received a copy of the Complaint and counsel for FFC accepted service of the Summons and Complaint via Acknowledgment of Service and Waiver of Process.

3.

Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and Acknowledgement of Service are attached as Exhibits A and B.

### Federal Question Jurisdiction

4.

Pursuant to 28 U.S.C. section 1331, the Court "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.

In Count I of The Complaint, Plaintiff asserts a claim against FFC for hostile work environment and sexual harassment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, *et seq.*

6.

This Court thus has original jurisdiction under 28 U.S.C. section 1331 because Count I of the Complaint is based on a federal statute.

7.

Plaintiff's state law claims arise from the same case or controversy as its federal claim, and this Court therefore has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. section 1367.

**<u>Removal is Timely and Venue is Proper</u>**

8.

FFC received a copy of the Complaint on October 6, 2023.

9.

FFC has filed this Notice within thirty (30) days after its receipt of the "initial pleadings setting forth the claim for relief upon which such action or proceeding is based," pursuant to 28 U.S.C. § 1446(b)(1). *See also* FED. R. CIV. P. 6.

10.

Consequently, this Notice is timely under 28 U.S.C. § 1446(b)(1).

11.

Because the Complaint is currently pending before the Superior Court of Fulton County, Georgia, this district is the proper venue for the action upon removal under 28 U.S.C. section 1441(a).

## **Conclusion**

WHEREFORE, FFC hereby files this Notice of Removal and removes this action from the Superior Court of Fulton County, Georgia, to this Court. By the notification attached hereto as Exhibit C, FFC shall notify Plaintiff, through her counsel, and the Clerk of the Superior Court of Fulton County of its filing of this Notice of Removal in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted, this the 3rd day of November, 2023.

4

BERMAN FINK VAN HORN P.C.

*/s/ Kenneth N. Winkler*
Kenneth N. Winkler
Georgia Bar No. 770749
Daniel H. Park
Georgia Bar No. 930188
3475 Piedmont Road, N.E.
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
kwinkler@bfvlaw.com
dpark@bfvlaw.com

*Counsel for Defendant*

5

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1B

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

This 3rd day of November, 2023.

BERMAN FINK VAN HORN P.C.


By: */s/ Kenneth N. Winkler*
    Kenneth N. Winkler
    Georgia Bar No. 770749

3475 Piedmont Road, NE          *Counsel for Defendant*
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)

6

## CERTIFICATE OF SERVICE

I certify that, on November 3rd, 2023, I electronically filed the foregoing

**DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of the Court using the

CM/ECF system and a copy sent by email to the following attorney of record:

> A. Bradley Dozier
> Dozier Law Group LLC
> 1050 Crown Pointe Parkway, Suite 2525
> Atlanta, Georgia 30326
> bdozier@dozierlawgroup.com
> ***Counsel for Plaintiff***

> BERMAN FINK VAN HORN P.C.
>
> */s/ Kenneth N. Winkler*
> Kenneth N. Winkler
> Georgia Bar No. 770749

3475 Piedmont Road, N.E.        *Counsel for Defendant*
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Fax)

7